[No. 19781–9–I.   Division One.   February 16, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CATHY MEYER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King

County, No. 84–2–09520–2, Lloyd W. Bever, J., entered December 15, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Coleman, A.C.J., and Winsor, J.